# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

143025

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 143025
COA: 302375
Muskegon CC: 09-057904-FH

MADGE ELLEN MATTHEWS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 16, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

t0718